**FILED**

September 28, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   Case No. MAG. 05-0275-GGH
        Plaintiff,         )
                           )   ORDER FOR RELEASE OF
v.                         )   PERSON IN CUSTODY
                           )
STEVE E. LAWSON,           )
                           )
        Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _STEVE E. LAWSON_ , Case No. _MAG. 05-0275-GGH_ , Charge _18USC § 1029(a)(5)_ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

> ___  Release on Personal Recognizance
>
> ___  Bail Posted in the Sum of $_____
>
> > ___  Unsecured Appearance Bond
> >
> > ___  Appearance Bond with 10% Deposit
> >
> > ___  Appearance Bond with Surety
> >
> > ___  Corporate Surety Bail Bond
> >
> > ✔  (Other)      Pretrial Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _September 28, 2005_ at _2:00 pm_ .

By  /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court