```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
STEVE EDWARD LAWSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0420 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| STEVE EDWARD LAWSON, ) | Date: December 9, 2005 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of December 9, 2005 be vacated and a new date of January 6, 2006 be set for status.

Defense counsel and the government are engaged in plea negotiations, and defense counsel is reviewing discovery regarding the loss amount in the case.  Defense counsel needs time to complete these tasks.

It is further stipulated and agreed between the parties that the period beginning December 9, 2005 to January 6, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: December 7, 2005     /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
STEVE EDWARD LAWSON

MCGREGOR W. SCOTT
United States Attorney

Dated:  December 7, 2005
    /S/ ELLEN ENDRIZZI
ELLEN ENDRIZZI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge