1   QUIN DENVIR, Bar #49374
    Federal Defender
2   NED SMOCK, Bar # 236238
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   STEVE EDWARD LAWSON

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,      )  No. CR-S-05-0420 GEB
                                   )
11                 Plaintiff,      )
                                   )  STIPULATION AND [PROPOSED ORDER]
12        v.                       )
                                   )
13  STEVE EDWARD LAWSON,           )  Date: January 20, 2006
                                   )  Time: 9:00 A.M.
14                                 )
                                   )  Judge: Hon. Garland E. Burrell
15                 Defendant.      )
    _____

16

17        IT IS HEREBY STIPULATED by and between the parties hereto through

18  their respective counsel, ELLEN ENDRIZZI, Assistant United States

19  Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

20  Defender, attorney for defendant, that the current Status Conference

21  date of January 6, 2006 be vacated and a new date of January 20, 2006

22  be set for status.

23        Defense counsel and the government are engaged in plea

24  negotiations, and defense counsel is continuing to review documents

25  establishing the loss amount in the case.  Defense counsel needs

26  further time to complete these tasks.  It is expected that a plea

27  agreement will be reached by the January 20, 2006 date.

28        It is further stipulated and agreed between the parties that the

period beginning January 6, 2006 to January 20, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

January 3, 2006

Respectfully submitted,

QUIN DENVIR
Federal Defender

Dated: January 3, 2006                    /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
STEVE EDWARD LAWSON


MCGREGOR W. SCOTT
United States Attorney

Dated: January 3, 2006                    /S/ ELLEN ENDRIZZI
ELLEN ENDRIZZI
Assistant U.S. Attorney

**ORDER**

   **IT IS SO ORDERED.**

Dated:  January 11, 2006


/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge