DENNIS WAKS, Bar #142581
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVE EDWARD LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0420 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| STEVE EDWARD LAWSON, ) | Date: February 3, 2006 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of January 20, 2006 be vacated and a new date of February 3, 2006 be set for change of plea.

    Defense counsel and the government are engaged in plea negotiations.  In addition, counsel is seeking additional discovery regarding the loss amount in the case.  Defense counsel needs time to discuss the loss amount and possible disposition with Mr. Lawson.  It is expected that a plea agreement will be reached by the February 3, 2006 date.

It is further stipulated and agreed between the parties that the period beginning January 20, 2006 to February 3, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

January 18, 2006

                                        Respectfully submitted,

                                        DENNIS WAKS
                                        Acting Federal Defender

Dated: January 18, 2006            /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEVE EDWARD LAWSON


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: January 18, 2006
                                        /S/ ELLEN ENDRIZZI
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney

**ORDER**

Dated:  January 25, 2006


                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge