DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STEVE EDWARD LAWSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0420 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED ORDER] |
| STEVE EDWARD LAWSON, | Date: May 19, 2006 |
| | Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ELLEN ENDRIZZI, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Judgment and Sentencing date of May 12, 2006 be vacated and a new date of May 19,

//
//
//
//

2006 be set for Judgment and Sentencing.  Defense counsel will be on trial before Judge Karlton on May 12, 2006.

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

Dated: May 9, 2006         /S/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
STEVE EDWARD LAWSON

MCGREGOR W. SCOTT
United States Attorney

Dated: May 9, 2006         /S/ ELLEN ENDRIZZI
ELLEN ENDRIZZI
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 10, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge