UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

                               **RE:**    **LAWSON, Steve Edward**
                                        **Docket Number:   2:05CR00420-01**
                                        **PERMISSION TO TRAVEL**
                                        **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Ensenada, Mexico as part of a 4 day cruise. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 19, 2006 the offender was sentenced for the offense(s) of 18 USC 1029(a)(5) Access Device Fraud and 18 USC 641 Theft of Government Property.

**Sentence imposed:** 5 years probation; $21,006.81 restitution; $200 special assessment.

**Dates and Mode of Travel:** On or about April 27, 2008 through May 2, 2008 via train and Carnival Cruise Ship.

**Purpose:** The offender would like to attend a 4 day Baja Mexico Cruise with his girlfriend.

**RE:**   **LAWSON, Steve Edward**
**Docket Number:   2:05CR00420-01**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

**DATED:**   March 28, 2008
Sacramento, California
TMO


**REVIEWED BY:**   /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   X                            Disapproved _____

Dated:   April 1, 2008

GARLAND E. BURRELL, JR.
United States District Judge