UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                                                    RE:    Steve Edward LAWSON
                                                                 Docket Number:   2:05CR00420-01
                                                                  **PERMISSION TO TRAVEL**
                                                                  **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Puerto Vallarta and Mazatlan, Mexico as part of a 7 day cruise. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 19, 2006 the offender was sentenced for the offense(s) of 18 USC 1029(a)(5) - Access Device Fraud and 18 USC 641 - Theft of Government Property.

**Sentence imposed:**  5 years probation; $21,006.81 restitution; $200 special assessment.

**Dates and Mode of Travel:**  On or about May 22, 2010 through May 31, 2010 via car and cruise ship.

**Purpose:**  The offender would like to attend a 7 day cruise with his girlfriend.

**RE:    LAWSON, Steve Edward**
       **Docket Number:   2:05CR00420-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                        Respectfully submitted,


                         /s/Toni M. Ortiz
                        **TONI M. ORTIZ**
                        United States Probation Officer

**DATED:**     May 13, 2010
              Sacramento, California
              TMO/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X                              Disapproved

Dated:  May 13, 2010

                              GARLAND E. BURRELL, JR.
                              United States District Judge

2                                              Rev. 05/2006
                                               TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG